UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jaquail Belvin,<br><br>                                  Plaintiff,<br><br>-v-<br><br>Discover Financial Services LLC,<br><br>                                  Defendant. | 2:25-cv-935<br>(NJC) (AYS) |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

On February 14, 2025, Jaquail Belvin ("Belvin"), acting pro se, filed a complaint in this Court. (Compl., ECF No. 1.) On February 21, 2025, Belvin paid the filing fee and a summons was issued to the Defendant. (Filing Fee, ECF No. 5; Summons, ECF No. 6.) Rule 4(m) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, if Belvin does not serve the Defendant by **May 15, 2025**, or fails to show good cause why Defendant has not been served, the Complaint will be dismissed without prejudice. **Belvin is to provide a copy of this Order to the Defendant along with copies of the Summons and Complaint. Once Belvin has served Defendant, Belvin must file proof of service with the Court within fourteen (14) days of service**.

The Court encourages Belvin to consult with the Hofstra Law Pro Se Clinic, located in

the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated pro se litigants. The Court notes that the Pro Se Clinic is not part of, nor affiliated with, the United States District Court. Consultations with the Pro Se Clinic can be conducted remotely via telephone. To make an appointment, send an email to PSLAP@Hofstra.edu or leave a message at (631) 297-2575.

Belvin is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Belvin's current address may result in dismissal of the case.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of the Court is respectfully directed to mail a copy of this Order to Belvin at his address of record and to record such mailing on the docket.

Dated: Central Islip, New York
       March 7, 2025

                                      */s/ Nusrat J. Choudhury*
                                      NUSRAT J. CHOUDHURY
                                      United States District Judge